IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

vs.                                            CASE NO.: 1:05cr31-SPM/AK

GALEN THEONDRADE MILLER,

        Defendant.
_____/

## ACCEPTANCE OF GUILTY PLEA

Pursuant to the Report and Recommendation of the United States

Magistrate Judge, to which there have been no timely objections, and subject to

the Court's consideration of any Plea Agreement pursuant to Fed. R. Crim. P.

11(e)(2), the plea of guilty of the defendant, GALEN THEONDRADE MILLER, to

Count One of the indictment is hereby **ACCEPTED**.  All parties shall appear

before this Court for sentencing as directed.

DONE AND ORDERED this 15th day of November, 2005.


_s/ Stephan P. Mickle_____
Stephan P. Mickle
United States District Judge