# IN THE UNITED STATES DISTRICT COURT FOR
# NORTHERN DISTRICT OF FLORIDA
### (Gainesville Division)

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** ) | | |
| ) | | |
| v.    ) | | Docket No. 1:05CR31-004 |
| ) | | |
| **Galen Theondrade Miller**    ) | | |

## O R D E R

This matter is before the Court on a petition alleging that the defendant violated the conditions of his supervised release as outlined in Probation Form 12C filed with the Clerk of the U. S. District Court for the Northern District of Florida, on April 30, 2008.

The defendant entered a plea of not guilty to the violation as outlined in the Petition and the Court finds that the defendant did not violate the terms and conditions of his supervised release.

**IT IS HEREBY ORDERED** that the defendant be continued on supervised release under the same terms and conditions.  The sentence previously imposed shall remain in full force and effect.

**DONE AND ORDERED** this 2nd day of June, 2008.

*s/ Stephan P. Mickle*
STEPHAN P. MICKLE
UNITED STATES DISTRICT JUDGE

June 3, 2008
DATE