## IN THE UNITED STATES DISTRICT COURT FOR
## NORTHERN DISTRICT OF FLORIDA
### (Gainesville Division)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Docket No.  1:05CR31-004 |
| | ) | |
| GALEN THEONDRADE MILLER | ) | |

## O R D E R

This matter is before the Court on a petition alleging that the defendant violated the conditions of his supervised release as outlined in Probation Form 12C filed with the Clerk of the U. S. District Court for the Northern District of Florida, on November 10, 2008, December 24, 2008, and April 6, 2009.

The defendant entered a plea of guilty to violation numbers 2 through 5 as outlined in the November 10, 2008 Petition and the violation outlined in the December 24, 2008 Petition.  The remaining violations were dismissed.  The Court finds that the defendant violated the terms and conditions of his supervised release.

**IT IS HEREBY ORDERED** that the defendant be continued on supervised release under the same terms and conditions with the following modification:

The defendant shall participate in the home detention program for a period of twelve (12) months. During this time, the defendant will remain at his/her place of residence except for employment and other activities approved in advance by the supervising U.S. Probation Officer. The defendant will be subject to the standard conditions of home detention adopted for use in the Northern District of Florida.  Home detention will include electronic monitoring with the cost of such monitoring to be paid for by the government.

The defendant's period of supervised release is reduced and will end on July 7, 2010.

**MILLER, Galen Theondrade**
**Order**
**Page -2-**

All other terms and conditions previously imposed shall remain in full force and effect.

**DONE AND ORDERED** this 7th day of July, 2009, nunc pro tunc July 6th, 2009.

*s/ Stephan P. Mickle*

Stephan P. Mickle
Chief United States District Judge